

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00805-CV

**UBER TECHNOLOGIES, INC.** and Rasier, LLC,
Appellants

v.

Brooks W. **BOENIG** and Bridget B. Connolly-Boenig,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI02105
Honorable Norma Gonzales, Judge Presiding

# O R D E R

This is an interlocutory appeal from the trial court's order denying Appellants' motion to compel arbitration. On January 10, 2023, Appellants moved this court to stay all trial court proceedings until this court finally disposes of Appellants' interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 171.025(a), .174; Tex. R. App. P. 29.3; *In re Merrill Lynch Tr. Co. FSB*, 235 S.W.3d 185, 195 (Tex. 2007).

We invite Appellees to file a response to Appellants' January 10, 2023 motion. If Appellees choose to file a response, the response is due with SEVEN DAYS of the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court